UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

              v.

STEVEN CARTER,

           Defendant.
-------------------------------------------------------------X

**ORDER**
20-CR-295 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On March 14, 2023, Defendant pled guilty to the sole count of the Indictment.

Accordingly, the Court hereby CANCELS the jury trial currently scheduled to commence on Monday, March 27, 2023.

SO ORDERED.

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT

Dated: March 14, 2023
       Brooklyn, New York

1