# WL | Wright Law
## ATTORNEY AT LAW

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

January 26, 2024

**VIA ECF**
Honorable William F. Kuntz, II.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        **Re:** *United States* **v.** *Steven Carter (20-CR-295 WFK)*

Dear Judge Kuntz:

      I represent Steven Carter and I write today to respectfully request an adjournment of Mr. Carter's sentence date currently scheduled for February 2, 2024, until February 16, 2024 at 2:30pm.

      I make this request as I have an important medical procedure scheduled for January 31, 2024, that will have me out of the office and unable to appear in court for the week following the procedure; which includes the February 2 sentence date. The government graciously consents to this request.

      Thank you.

                                                   Sincerely,
                                                   /s/
                                                   Christopher Wright

Cc: all counsel of record (via ECF)